IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN M. KEAY,

               Plaintiff,

    v.

PIZZA HUT HQ,

               Defendant.

No. 3:16-cv-1834-HZ

ORDER OF DISMISSAL

Kevin M. Keay
1240 SW Columbia 608
Portland, OR 97201

    Plaintiff Pro Se

HERNÁNDEZ, District Judge:

    On October 7, 2016, the Court issued an Opinion & Order [3] granting Plaintiff's motion for leave to proceed *in forma pauperis* but dismissing Plaintiff's complaint. The Court provided Plaintiff with an opportunity to file an amended complaint within 30 days of the order. Plaintiff

1- ORDER OF DISMISSAL

was advised that failure to file an amended complaint within 30 days of the Court's order would result in the dismissal of this proceeding, with prejudice. To date, no amended complaint has been filed. It is therefore ordered that this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this \_\_\_\_\_15\_\_\_\_\_ day of \_\_\_\_\_Nov\_\_\_\_\_, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2- ORDER OF DISMISSAL